Generated: May 16, 2025 4:05PM                                                                                             Page 1/1

# U.S. District Court

## California Southern - San Diego

Receipt Date: May 16, 2025 4:05PM

jaime battle
816 vista way
Chula Vista, CA 91911

Rcpt. No: 161127        Trans. Date: May 16, 2025 4:05PM        Cashier ID: #SN (6532)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |

Total Due Prior to Payment:   $405.00
Total Tendered:   $405.00
Total Cash Received:   $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.