UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. PARKER, PH.D.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN HUDON-HUNEAULT,<br><br>　　　　　　　　　Defendant. | Case No. 25-cv-01214-BAS-DEB<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR FAILURE TO SERVE** |

　　　　Plaintiff Robert L. Parker, Ph.D., filed his Complaint on May 16, 2025. (ECF No. 1.) The same day, the Clerk of the Court issued a summons. (ECF No. 2.) Since then, Plaintiff has failed to complete service of his Complaint on Defendant and prosecute this action.

　　　　Rule 4(m) of the Federal Rules of Civil Procedure provides that if the defendant is not served within ninety days after the complaint is filed, the court must dismiss the action against the defendant or order that service be made within a specified time. In addition, a district court has the inherent power to dismiss an action if the plaintiff has failed to prosecute the case. *Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962).

　　　　In this case, Plaintiff has failed to complete service of his Complaint and prosecute the action within the ninety-day window since he initiated this action. Therefore, the Court **ORDERS** Plaintiff to show cause as to why this case should not be dismissed under Federal

Rule of Civil Procedure 4(m) and this Court's inherent authority. Plaintiff may show adequate cause by completing service of his Complaint and notifying the Court of completed service no later than **September 29, 2025**. **Plaintiff is warned that a failure to file an adequate response by September 29, 2025, will result in the Court dismissing this action.**

    IT IS SO ORDERED.

DATED: September 5, 2025

                                        **Hon. Cynthia Bashant, Chief Judge**
                                        **United States District Court**