# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. PARKER, PH.D., <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN HUDSON-HUNEAULT, <br><br> Defendant. | Case No. 25-cv-1214-BAS-DEB <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** <br> **(ECF No. 3)** |

Plaintiff Robert L. Parker, Ph.D., brought this action against Defendant Jonathan Hudon-Huneault on May 16, 2025. (ECF No. 1.) Plaintiff's deadline to complete service under Federal Rule of Civil Procedure 4(m) lapsed on August 14, 2025. Yet Plaintiff had not served Defendant.

On September 5, 2025, this Court issued an Order to Show Cause as to why the case should not be dismissed for failure to prosecute under Rule 4(m) and this Court's inherent authority. (ECF No. 3.) The Court told Plaintiff he could show cause by completing service of the complaint and summons. (*Id.*) Plaintiff was given the opportunity to satisfy the Court's Order by September 29, 2025. (*Id.*) Moreover, the Court warned Plaintiff that a failure to file an adequate response to the Order by September 29, 2025, would result in the Court dismissing the action.

1    Plaintiff has neither served the complaint and summons on Defendant nor filed a
2    response to the Court's Order to Show Cause. Accordingly, the Court **DISMISSES** this
3    action without prejudice.

4    The Clerk of the Court shall close the case.

5    **IT IS SO ORDERED.**

7    DATED: October 10, 2025

                                       **Hon. Cynthia Bashant, Chief Judge**
                                       **United States District Court**